| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ellwood Medical Center, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AHN Emergency Group of Ellwood, LTD.**<br>**C/O Kevin Allen, Michael Pest Exkert Seanmans Cherin & Mellott, LLC**<br>**600 Grant Street, 44th Floor**<br>**Pittsburgh, PA 15210** | | | **Disputed** | | | **$0.00** |
| **Carol E. Momjian Senior Deputy Attorney General-in-Charge Fin. Enforcement Sec., PA Off. Att. Gen.**<br>**1600 Arch Street, Suite 300**<br>**Philadelphia, PA 19103** | | | | | | **$0.00** |
| **Commonwealth of Pennsylvania**<br>**C/O Nancy A. Walker**<br>**Chief Deputy Attorney General**<br>**1600 Arch Street, Suite 300**<br>**Philadelphia, PA 19103** | | | **Disputed** | | | **$0.00** |
| **Corporation Services Company**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** | | | | **Unknown** | **$0.00** | **Unknown** |

Debtor **Ellwood Medical Center, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **CT Corporation Systems**  **Attn: SPRS**  **330 N. Brand Blvd., Suite 700**  **Glendale, CA 91203** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Eys Cash, LLC**  **1130 Bedford Avenue**  **North Miami Beach, FL 33160** | | | | | | **$0.00** |
| **Fisher Scientific Company**  **711 Forbes Avenue**  **Pittsburgh, PA 15219** | | | **Disputed** | | | **$0.00** |
| **Jason L. Swartley**  **Chief Deputy Attorney General**  **Fin Enf. Sec., PA Off. Att. Gen.**  **Strawberry Square, 15th Floor**  **Harrisburg, PA 17120** | | | | | | **$0.00** |
| **Jones Day**  **C/O Chris Anderson**  **77 West Wacker Drive**  **Chicago, IL 60601** | | | | | | **$17,200.00** |
| **Penn Med LLC**  **C/O Jeffery P. Meyers**  **Myers Law Group LLC**  **17025 Perry Highway**  **Warrendale, PA 15086** | | | **Disputed** | **$5,257,049.00** | **$0.00** | **$5,257,049.00** |
| **Smart Business**  **561 Northest 79th Street**  **Miami, FL 33138** | | | | **Unknown** | **$0.00** | **Unknown** |
| **The Third Friday Total Return Fund, L.P.**  **C/O Michael E. Lewitt**  **85 N. Congress Avenue**  **Delray Beach, FL 33445** | | | **Disputed** | **Unknown** | **$0.00** | **Unknown** |